IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GENA E. WHITWORTH                                 PLAINTIFF

        v.                  Civil No. 04-6085

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                             DEFENDANT

**<u>JUDGMENT</u>**

On this 16th day of November, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Sherri Arman McDonough, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,974.80 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                             /s/Bobby E. Shepherd
                                                          Honorable Bobby E. Shepherd
                                                           United States Magistrate Judge